# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:23−cv−01983−JLS−BGS

| | |
|---|---|
| Whitfied, Sr. v. The Attorney General of the State of California | Date Filed: 10/26/2023 |
| Assigned to: Judge Janis L. Sammartino | Date Terminated: 10/30/2023 |
| Referred to: Magistrate Judge Bernard G. Skomal | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: U.S. Government Defendant |

| | |
|---|---|
| Early Neutral Evaluation Conference: | Settlement Conference: |
| Case Management Conference: | Settlement Disposition Conference: |
| Status Hearing: | Pretrial Conference: |
| Status Conference: | Final Pretrial Conference: |
| Mandatory Settlement Conference: | Trial Date: |

**Petitioner**

**Stephen Martin Whitfield Sr.**     represented by     **Stephen Martin Whitfield Sr.**
E98458
California Health Care Facility, Stockton
P.O Box 213040
Stockton, CA 95213
PRO SE

V.

**Respondent**

**The Attorney General of the State of California**     represented by     **Attorney General**
*Additional Respondent*
State of California
Office of the Attorney General
600 West Broadway
Suite 1800
San Diego, CA 92101−3702
(619)645−2076
Fax: (619)645−2313
Email: docketingsdawt@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2023 | 1 | Petition for Writ of Habeas Corpus against The Attorney General of the State of California, IFP Filed, filed by Stephen Martin Whitfied, Sr.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibits, # 3 Envelope)<br><br>The new case number is 3:23−cv−1983−JLS−BGS. Judge Janis L. Sammartino and Magistrate Judge Bernard G. Skomal are assigned to the case.[*Case in Screening*] (dim) (jms). (Main Document 1 replaced on 10/27/2023) (dim). (Entered: 10/26/2023) |
| 10/23/2023 | 2 | |

| | | |
|---|---|---|
| | | MOTION for Leave to Proceed in forma pauperis by Stephen Martin Whitfied, Sr.. (dim) (jms). (Entered: 10/26/2023) |
| 10/23/2023 | 3 | Letter from Stephen M. Whitfield Sr. (dim) (jms) (Entered: 10/27/2023) |
| 10/30/2023 | 4 | Case transferred to Central District of California, Eastern Division. Files transferred electronically to: *Central District of California, Eastern Division*.*3470 Twelfth Street**Riverside, CA 92501*. Signed by Judge Janis L. Sammartino on 10/30/23. (Attachments: # 1 Transfer Order) (All non−registered users served via U.S. Mail Service)(aas) (Entered: 10/30/2023) |