UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | EDCV 23-02252-CAS (AS) | Date | February 8, 2024 |
|---|---|---|---|
| Title | *Stephen Martin Whitfield Sr. v. The Attorney General of the State of California* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Petitioner: | Attorney Present for Respondent: |
| Not present | Not present |

**Proceedings (In Chambers):** **(SECOND) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On December 7, 2023, the Court issued an Order to Show Cause ("OSC") directing Petitioner to show cause no later than December 28, 2023, why this action should not be dismissed without prejudice as a successive federal habeas petition. (Dkt. No. 9). On December 29, 2023, Petitioner filed a motion for an extension of time to file a response to the OSC (Dkt. No. 10). On January 11, 2024, the Court granted Petitioner's request for the extension and ordered him to file a response no later than January 29, 2024. (Dkt. No. 11). To date, Petitioner has failed to respond to the Court's OSC, request an extension of time to do so, or otherwise communicate with the Court.

Accordingly, Petitioner is once again **ORDERED TO SHOW CAUSE, in writing, no later than February 29, 2024**, why this action should not be dismissed without prejudice as successive. This Order will be discharged upon the filing of a response and/or declaration setting forth any reason why the instant Petition is not barred as successive, or by filing a declaration under penalty of perjury stating why he is unable to do so.

If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Petitioner's convenience. <u>Petitioner is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

**IT IS SO ORDERED.**

cc:   Christina A. Snyder
      United States District Judge